# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PRESTON JERMAIN LEWIS,

     Plaintiff,

v.                           CASE NO.  3:15cv234/MCR/EMT

THOMAS JOSEPH LEONARD,

     Defendant.

_____/

## O R D E R

     This cause comes before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated February 23, 2017.  ECF No. 32.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Chief Magistrate Judge's Report and Recommendation is adopted

and incorporated by reference in this Order.

2.      Defendant's Motion for Summary Judgment, ECF No. 25, is

**GRANTED**.

3.      The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 11th day of March 2017.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**